```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 04 B 12959
    JOHN MOULCHIN
    VICTORIA MOULCHIN                               CHAPTER 13

                                                    JUDGE: A. BENJAMIN GOLDGAR

            Debtor
    SSN XXX-XX-0660      SSN XXX-XX-1007


---------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 04/02/04 and confirmed on 06/11/04.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $ 138678.69 .

    4.  The Trustee made disbursements to creditors as follows:


---------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
---------------------------------------------------------------------------------
AMERICAN GENERAL FINANCE   SECURED             2500.00         129.78       2500.00
JP MORGAN CHASE BANK       SECURED VEHIC      10889.00         530.18      10889.00
COUNTRYWIDE HOME LOANS     CURRENT MORTG      94564.82            .00      94564.82
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE       1888.00            .00       1888.00
ROUNDUP FUNDING LLC        UNSECURED           2092.42            .00        941.59
CAPITAL ONE FINANCIAL      UNSECURED           4366.52            .00       1964.93
CAPITAL ONE FINANCIAL      UNSECURED           1126.37            .00        506.87
CITIFINANCIAL              UNSECURED           1175.00            .00        528.75
ECAST SETTLEMENT CORPORA   UNSECURED          18961.37            .00       8532.62
SAMS                       UNSECURED          NOT FILED          .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED           2952.08            .00       1328.44
RESURGENT CAPITAL SERVIC   UNSECURED            766.98            .00        345.14
COUNTRYWIDE HOME LOANS     COST OF COLLE       306.32            .00         306.32
CAPITAL ONE FINANCIAL      UNSECURED            993.36            .00        447.01
          Summary of disbursements:
---------------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED       OTHER          TOTAL
---------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  109841.82    306.32     32434.10          .00       142582.24
PRINCIPAL PAID      109841.82    306.32     14595.35          .00       124743.49
INTEREST PAID          659.96       .00          .00          .00          659.96
TOTAL PAID          110501.78    306.32     14595.35          .00       125403.45
The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   2700.00
and was paid $  1000.00  direct and $   1700.00  through the plan.

The Trustee received $   5542.23 .

Refunds to the Debtor totaled $   6033.01 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
```

in this case.

Dated: 03/07/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE